## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LUKAS KOTECKI, individually and on behalf of all persons similarly situated,** | Civil Action No.: 6:21-cv-6653 |
| **Plaintiff,** | |
| v. | |
| **DCD DELIVERY, INC, and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS,** | |
| **Defendants.** | |

### NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Lukas Kotecki ("Plaintiff") and Defendants DCD Delivery, Inc. ("DCD") and DHL Express (USA) Inc. ("DHL") (collectively, the "Parties"), through their undersigned counsel, hereby file their Joint Motion for Approval of Settlement of Plaintiff's Fair Labor Standards Act and New York wage and hour claims.

In support of this Motion, the Parties submit a memorandum of law, Settlement Agreement (attached hereto as Exhibit A), Declaration of Camille Fundora Rodriguez, and a Proposed Order.

Dated: November 7, 2022                                   Respectfully submitted,

*/s/ Camille Fundora Rodriguez*
Shanon J. Carson
Camille Fundora Rodriguez, *pro hac vice*
Alexandra K. Piazza, *pro hac vice*
Reginald L. Streater, *pro hac vice*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

Kenneth J. Bobrycki
Erin M. Tyreman
MELVIN & MELVIN, PLLC
217 South Salina Street, 7th Floor
Syracuse, New York 13202
Tel.: (315) 422-1311
Fax: (315) 479-7612
kbobryck@melvinlaw.com
etyreman@melvinlaw.com

scarson@bm.net
crodriguez@bm.net
apiazza@bm.net
rstreater@bm.net

*Attorneys for Plaintiff and
the Proposed Classes*

*Attorneys for Defendant DCD Delivery, Inc.*

<u>*/s/ Linda Cooper Schoonmaker (w/ permission)*</u>
Linda Cooper Schoonmaker
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 860-0083
Facsimile: (713) 821-0656
lschoonmaker@seyfarth.com

*Attorneys for Defendant DHL Express (USA) Inc.*

2