IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| **LUKAS KOTECKI, individually and on behalf of all persons similarly situated,** | : | Civil Action No.: 6:21-cv-6653 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **DCD DELIVERY, INC, and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER GRANTING**
**APPROVAL OF SETTLEMENT AGREEMENT**

AND NOW, this 21st day of November, 2022, upon consideration of the Parties' Joint Motion for Approval of the Settlement, the Court hereby approves the Parties' Settlement Agreement ("Settlement Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and dismisses the action with prejudice as to Plaintiff and without prejudice as to any potential collective member and class member as defined in Plaintiff's Complaint, pursuant to the terms of the Parties' Settlement Agreement.

IT IS SO ORDERED.

_____
Honorable David G. Larimer
UNITED STATES DISTRICT JUDGE